**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | May 21, 2026 |
| TIME: | 12:15 p.m. |
| DOCKET NUMBER(S): | 25cv4494-NJC-ST |
| NAME OF CASE(S): | Hylton v. County of Nassau et al |
| FOR PLAINTIFF(S): | Fernandez |
| FOR DEFENDANT(S): | Dalton |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Not Recorded. |

RULINGS FROM Settlement Conference :

Settlement discussions were held. Parties need additional time to obtain final authority from their respective clients. Parties will file a joint letter by June 5, 2026 advising the Court on the status of settlement discussions.