Horn Wright LLP

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9628
Direct Fax: 516.213.9660
paf@hornwright.com

**Pablo A. Fernandez**
Partner

June 5, 2026

**VIA ECF ONLY**
Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re.: ***Hylton v. County of Nassau, et al.***
2:25-cv-04494 (NJC)(ST)

Dear Judge Tiscione:

Horn Wright, LLP represents Plaintiff Jordan Hylton ("Plaintiff") in connection with the above-referenced matter. I write further to the Court's Minute Order and to provide a status on the parties' settlement discussions. *DE15*.

As the Court may recall, Plaintiff is presently a detainee at Rikers. On May 29, 2026, the undersigned was able to meet with Plaintiff via a Teams virtual conference. During that conference, Mr. Hylton did authorize me to settle this matter at the Court's recommended settlement amount. I communicated same to Defendants' counsel that evening. Mr. Dalton countered with a new amount. I explained that Plaintiff was remaining firm on the recommended settlement amount. Counsels met and conferred this past Wednesday regarding possible settlement and Mr. Dalton indicated that he would see if additional authority could be obtained.

Therefore, it is respectfully requested the Court allow the parties to file a further status report in two (2) weeks to see if settlement is possible.

Thanking the Court for its time and consideration, I remain

**HORN WRIGHT, LLP**
By: */S Pablo A. Fernandez*
Pablo A. Fernandez

cc: Steven V. Dalton, DCA (Via ECF)