Horn Wright LLP

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9628
Direct Fax: 516.213.9660
paf@hornwright.com

**Pablo A. Fernandez**
Partner

June 23, 2026

**VIA ECF ONLY**
Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re.: ***Hylton v. County of Nassau, et al.***
2:25-cv-04494 (NJC)(ST)

Dear Judge Tiscione:

Horn Wright, LLP represents Plaintiff Jordan Hylton ("Plaintiff") in connection with the above-referenced matter. I write further to the Court's Electronic Order [6/9/2026] and to provide a status on the parties' settlement discussions.

I am pleased to report that the parties have agreed to settle this matter at the Court's recommended settlement amount. The parties wish to thank Your Honor for his time and assistance in bringing this matter to a resolution.

Finally, the parties would respectfully request time for the appropriate settlement documents to be executed whereupon a stipulation and order of dismissal will be filed with the Court.

Thanking the Court for its time and consideration, I remain

**HORN WRIGHT, LLP**
By: /S Pablo A. Fernandez
Pablo A. Fernandez

cc: Steven V. Dalton, DCA (Via ECF)